AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DOUGLAS L. MYSER,

       Plaintiff,

           v.

SPOKANE COUNTY, ET AL.,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-24-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Douglas Myser's claims against the defendants are dismissed with prejudice.

IT IS SO ORDERED.  The District Court Executive is hereby directed to file the order, enter judgment accordingly, furnish copies to counsel, and close the case.

May 6, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer